UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERIT DIAMOND CORPORATION, a New York Corporation, | ) ) ) ) |
| Plaintiff, | ) Case No. 08 cv 3203 ) ) |
| vs. | ) Judge: Andersen ) |
| WHITEHALL JEWELLERS, INC., a Delaware corporation, | ) ) Magistrate Judge: Nolan ) |
| Defendant. | ) ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Merit Diamond Corporation, a New York corporation, hereby submits its Corporate Disclosure Statement and states that it does not have any parent corporations and that no publicly-held corporation owns 10% or more of its stock.

Dated: June 5, 2008                                          Respectfully submitted,

                                                                          MERIT DIAMOND CORPORATION


                                                                          By: /s/ Brian Ira Tanenbaum_____
                                                                                One of its Attorneys

Brian Ira Tanenbaum, Esq. (IL Bar No. 6181447)
John A. Benson, Jr., Esq. (IL Bar No. 6289042)
Attorneys for Plaintiff
The Law Offices of Brian Ira Tanenbaum, Ltd.
2970 Maria Avenue Suite 207
Northbrook, Illinois 60062
Telephone: 847-562-1636
Facsimile: 847-562-1637