## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Merit Diamond Corporation

                        Plaintiff,

v.                                                      Case No.: 1:08–cv–03203
                                                        Honorable Wayne R. Andersen

Whitehall Jewellers, Inc.

                        Defendant.

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related
to: discovery supervision.(tsa, )Mailed notice.


Dated: June 17, 2008

                                                        /s/ Wayne R. Andersen

                                                        United States District Judge