# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERIT DIAMON CORPORATION, a New York corporation, Plaintiff

V.

WHITEHALL JEWELLERS, INC., a Delaware corporation, Defendant

CASE NUMBER: 08CV3203

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

WHITEHALL JEWELLERS, INC.
125 S. Wacker Drive, Suite 2600
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian Ira Tanenbaum
The Law Offices of Brian Ira Tanenbaum, Ltd.
2970 Maria Avenue, Suite 207
Northbrook, IL 60062

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 3, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 11, 2008 |
| NAME OF SERVER (PRINT) Steven Cinquegrani | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served registered agent, CT Corporation system at 208 South LaSalle Street in Chicago, Illinois.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $25 | $50 | $75 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/08
            Date             Signature of Server

Address of Server: 1642 N. Bosworth Ave., Chicago, IL 60622

OFFICIAL SEAL
JOHN A BENSON JR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/16/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.