**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Merit Diamond Corporation
                            Plaintiff,

v.                                                             Case No.: 1:08−cv−03203
                                                               Honorable Wayne R. Andersen

Whitehall Jewellers, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Initial status hearing set for
8/21/2008 at 09:00 a.m. before Magistrate Judge Nolan in courtroom 1858. Parties shall
deliver a copy of an initial status report to chambers, room 1870, at least three business
days before the initial status hearing. If the parties have recently prepared and filed an
initial status report, the submission of the previously filed initial status report is sufficient.
The parties are directed to review and to comply with Judge Nolans standing order setting
agreed scheduling order. Copies are available through Judge Nolans web page at
www.ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.